PER CURIAM.

(No. 74-CC-222—Claimant 

PARKWAY CHRYSLER-PLYMOUTH, INC., Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed March 25, 1974.*

PARKWAY CHRYSLER-PLYMOUTH, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-
MAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-229—Claimant 

HUMMA'S DRUG STORE, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed March 25, 1974.*

HUMMA'S DRUG STORE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-
MAN, Assistant Attorney General, for Respondent.

PER CURIAM.